UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-299-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKI D. STANLEY | ORDER TO SEAL |

On motion of the Defendant, Aki D. Stanley, and for good cause shown, it is hereby ORDERED that the **[DE 24]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 6th day of August, 2015.

MALCOLM J. HOWARD
Senior United States District Judge