UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Aki D. Stanley**  **Docket No. 5:14-CR-299-1D**

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Aki D. Stanley, who, upon an earlier plea of guilty to Making and Presenting a False Tax Refund Claim, 18 U.S.C § 287, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 11, 2015, to the custody of the Bureau of Prisons for a term of 45 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. The case was reassigned to the Honorable James C. Dever III on October 4, 2021.

Aki D. Stanley was released from custody on November 8, 2018, at which time the term of supervised release commenced.

On March 11, 2019, the court was notified of Stanley's use of marijuana.

On June 5, 2019, a violation report was submitted to the court reporting the use of marijuana.

On October 22, 2020, the defendant's conditions were modified to include MRT as a result of his use of marijuana.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 4, 2021, the offender admitted to using marijuana and cocaine. As a result of his use and his non-compliance with surprise urinalysis program, the probation office recommends that he be placed under home confinement for the duration of his supervised release and referred for a substance abuse assessment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for the duration of his supervised release term, currently set to expire on November 7, 2021. The defendant shall be always restricted to his residence except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Aki D. Stanley
Docket No. 5:14-CR-299-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: October 5, 2021

## ORDER OF THE COURT

Considered and ordered this __6__ day of __October__, 2021, and ordered filed and made a part of the records in the above case.

__Dever__
James C. Dever III
United States District Judge